IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02635-REB-SKC

BRUCE CASIAS

    Plaintiff,

v.

RAYTHEON COMPANY,
Raytheon Information Systems Company
and/or its business division; Intelligence, Information and Services,

    Defendant.

_____

**PLAINTIFF'S PROPOSED VOIR DIRE**
_____

Plaintiff respectfully submits the following proposed voir dire questions:

1. Do you know what a defense contractor is?

2. Do you know about the Defense Contractor Whistleblower Protection Act?

3. Have you, any family member or close friend ever worked for Raytheon Company? If so, what were the circumstances?

4. Have you, any family member or close friend ever worked for a defense contractor? If so, what were the circumstances?

5. Have you, any family member or close friend ever worked for the U.S. Department of Defense or U.S. Dept. Of AirForce? If so, what were the circumstances?

6. Do you believe an employee should be protected if he complains about what he believes to be ethical violations at the workplace?

7. Have you, a family member, or close friend ever left a job because he or she was being treated unfairly? If so, describe the circumstances.

8. Have you, a family member, or a close friend, ever sued another person or company in Court? If so, what were the circumstances?

9. Have you, a family member or a close friend ever felt they were discriminated against because of their ethnic background?

10. Do you believe you have a right to know the work defense contractors are performing for contracts they are being paid with your taxpayer dollars?

11. Do you believe an employee who is working for a defense contractor has a duty to report actions he believes are unethical in order to protect the public?

12. Do you believe supervisors should receive bonuses for meeting certain contract milestones, even if the work was not performed according to the contract provisions?

13. Do you believe that if your tax dollars are going to pay for a U.S. Department of Defense contract with a defense contractor, you should be able to obtain information relating to that contract?

Dated this 12th day of November, 2019.

                LAW OFFICE OF RALPH G. TORRES

                ___/s Ralph G. Torres_____
                1801 Broadway, Suite 1400
                Denver, Colorado 80202
                Phone: 303-297-8427
                Email: RGTorres99@aol.com
                **Attorney for Plaintiff**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of November, 2019, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF online filing system, which will send notification of such filing to the parties and their counsel of record as registered thereon:

OGLETREE DEAKINS
NASH SMOAK & STEWART, P.C.
Austin Smith
Raul Chacon, Jr.
2000 South Colorado Boulevard
Tower 3, Suite 900
Denver, Colorado 80222
Phone: 303-764-6800
Austin.Smith@ogletree.com
Raul.Chacon@ogletree.com


                __/s___Deborah Elmore, paralegal_____