IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Robert E. Blackburn

Civil Action No. 17-cv-02635-REB-SKC

BRUCE CASIAS,

    Plaintiff,

v.

RAYTHEON COMPANY and
RAYTHEON INFORMATION SYSTEMS CO.,

    Defendants.

## NOTE TO THE COURT

__✓__ We, the jury, have a question.

_____ We, the jury, have a verdict.

Please write your question to the Court below:

① Instruction number 10 - please define gross management and gross waste.

② How (EXACTLY) was Casias notified on May 16 of "reassignment/demotion?" By Dave Martinez?

③ Is Raytheon admitting they took adverse action on page 2 on instruction 9.

Answer by the Court:

_____

_____

COURT USE ONLY
_____

Received at _____ a.m./p.m. on _____ by _____

Jury Question (Wednesday, November 20, 2019, 3:32 p.m.)

To the **Note To The Court** of the jury appearing on the preceding page, I provide the following responses:

- The terms "Gross mismanagement" and "Gross waste, " as those terms appear in Instruction No. 10, should be given their ordinary meanings;

- Please review Instruction No. 3 at paragraph 7; and

- On page 2 of 2 of Instruction No. 9, Raytheon is not admitting it took adverse action against Mr. Casias. You do not reach this final paragraph, until and unless you first find from by preponderance of the evidence that Mr. Casias has proven all three of the essential elements enumerated on page 1 of 2 of Instruction No. 9.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge Robert E. Blackburn

Civil Action No. 17-cv-02635-REB-SKC

BRUCE CASIAS,

    Plaintiff,

v.

RAYTHEON COMPANY and
RAYTHEON INFORMATION SYSTEMS CO.,

    Defendants.

---

### NOTE TO THE COURT

_____ We, the jury, have a question.

__X__ We, the jury, have a verdict.

Please write your question to the Court below:

_____

_____

_____

_____

_____

Answer by the Court:

_____

_____

COURT USE ONLY

Received at  12:53   a.m/(p.m) on  11.21.19    by