# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02635-REB-SKC

BRUCE CASIAS,

    Plaintiff,

v.

RAYTHEON COMPANY, RAYTHEON INFORMATION SYSTEMS COMPANY and/or its business division: INTELLIGENCE, INFORMATION, AND SERVICES,

    Defendant.

---

## NOTICE OF APPEAL

---

NOTICE is hereby given that Raytheon Company, Raytheon Information Systems Company, and/or its business division: Intelligence, Information, and Services, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order re: Defendant's Rule 50(b) Motion for Judgment as a Matter of law, denying Defendant's Rule 50(b) Motion for Judgment as a Matter of Law, or Alternatively, Rule 59 Motion for New Trial or Remittitur (Dkt. 137), and the Amended Final Judgment (Dkt. 138), both entered on the 3rd day of May, 2021, and from all preceding orders.[1] Those orders include Order re: Motion for Judgment on the Pleadings regarding Claim I (Dkt. 28); Opinion and Order on Motion for Summary

---

[1] As set forth in the Answer (Dkt. 9), Raytheon Company is the only proper corporate defendant. "IIS" is an internal operating division within Raytheon Company and lacks a separate legal existence. Because the identification of the defendant(s) as named was not otherwise addressed in the district court, and its orders and judgments were entered against all three named "entities," the appeal similarly is made in all their names.

Judgment regarding retaliation (Dkt. 46); Order Denying Defendant Raytheon Company's Motion for Judgment as a Matter of Law (Dkt. 92); the Order for Judgment (Dkt. 115); the Final Judgment (Dkt. 116); Order re: Defendant's Rule 50(b) Motion for Judgment as a Matter of Law (Dkt. 137); and Amended Final Judgment (Dkt. 138).

Respectfully submitted this 28th day of May, 2021.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Raul Chacon, Jr.*
Ron Chapman, Jr.
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: 214.987.3800
Facsimile: 214.987.3927
ron.chapman@ogletree.com

David L. Schenberg
7700 Bonhomme Ave., Ste. 650
St. Louis, MO 63105
Telephone: 314.802.3935
Facsimile: 314.802.3936
david.schenberg@ogletree.com

Raul Chacon, Jr.
2000 S. Colorado Blvd.
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
raul.chacon@ogletree.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2021, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Ralph G. Torres, Esq.
rgtorres99@aol.com

ATTORNEY FOR PLAINTIFF

*s/ Alison L. Shaw*
Alison L. Shaw, Paralegal